UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK ALAN SOURANDER,

    Plaintiff,                             No. 18-11162

v.                                       District Judge Gershwin A. Drain
                                          Magistrate Judge R. Steven Whalen

SHERIFF HOWARD HANFT,
ET AL.,

    Defendants.
_____/

**ORDER**

       Before the Court is Defendants' Motion to Stay Answer to More Definite Statement Pending a Decision on Defendants' Motion to Dismiss [Doc. #18].

       On April 18, 2018, Defendants filed a Motion for More Definite Statement [Doc. #2], which I granted on June 25, 2018 [Doc. #8], ordering that Plaintiff file a more definite statement within 30 days. Plaintiff filed his Statement on September 12, 2018, seven weeks late. Plaintiff's motion to dismiss for failure to prosecute under Fed.R.Civ.P. 41(b) [Doc. #12] was filed on August 22, 2018, before Plaintiff filed his Statement.

       On October 29, 2018, I filed a Report and Recommendation, recommending that Defendants' motion to dismiss be denied. The parties have 14 days from that date to file objections, which will then be ruled upon by the District Judge. It would be prudent, and in the interest of judicial economy, to stay Defendants' answer to the Plaintiff's More Definite Statement until there is a final decision on the motion to dismiss.

       Accordingly, Defendants' motion [Doc. #18] is GRANTED. Defendants' answer

to the Plaintiff's More Definite Statement [Doc. #14] is STAYED pending a final decision on Defendants' motion to dismiss.

If Defendants' motion to dismiss is ultimately denied, Defendants will file their answer within 30 days of the date of the denial.

IT IS SO ORDERED.

Dated: October 29, 2018	s/R. Steven Whalen
	R. STEVEN WHALEN
	UNITED STATES MAGISTRATE
	JUDGE

### CERTIFICATE OF SERVICE

I hereby certify on October 29, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 29, 2018.

	s/Carolyn M. Ciesla
	Case Manager for the
	Honorable R. Steven Whalen