UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK ALAN SOURANDER,

       Plaintiff,                  No. 18-11162

v.                                 District Judge Gershwin A. Drain
                                     Magistrate Judge R. Steven Whalen

SHERIFF HOWARD HANFT,
ET AL.,

       Defendants.
_____/

**ORDER GRANTING IN PART MOTION FOR EXTENSION [Doc. #44]**

On January 25, 2019, I granted Plaintiff's motion to extend time to respond to Defendants' motion to dismiss and to file a brief of excess length, giving Plaintiff until March 8, 2019 to file is response. *See Order* [Doc. #38]. The Order was mailed to Plaintiff at the address he provided, but was returned as undeliverable on February 15, 2019 [Doc. #40]. It also appears that the February 7, 2019 Notice Regarding Parties' Responsibility to Notify Court of Address Changes [Doc. #39] may not have been received by the Plaintiff as well.

Apparently not having received the Order, Plaintiff has now filed a second motion for enlargement of time, in which he requests an extension to April 27, 2019 [Doc. #44]. The caption of that motion indicates that Plaintiff has been transferred to the Michigan Reformatory.

First, E.D. Mich. L.R. 11.2 requires a party to file a notice with the Clerk of the Court when his or her address has changed. Plaintiff did not do that. **Therefore, he must, within 21 days of the date of this Order, file that notice to the Clerk indicating**

-1-

**his new address.**

In addition, I understand that Plaintiff's status as a prison inmate puts him at a relative disadvantage compared to a litigant in free society, and I am therefore inclined to give him some leeway in terms of reasonable extensions of time. However, the Defendants filed their motion to dismiss on December 17, 2018, and I already granted a generous extension to March 8, 2019. This case needs to move forward. Therefore, I will allow the Plaintiff another extension, but not for as long as he asks. Instead, Plaintiff's second motion to extend [Doc. #44] is GRANTED to the extent that he will file a response to Defendants' motion to dismiss [Doc. #31] on or before **April 1, 2019.**

Plaintiff may file a brief commensurate in length to Defendants' brief, that is, of up to 50 pages.

The Clerk will mail a copy of this Order to Plaintiff at the following address:

Patrick Alan Sourander, #299947
Michigan Reformatory
1342 W. Main St.
Ionia, MI 48846

IT IS SO ORDERED.

    s/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify on March 6, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on March 6, 2019.

s/Carolyn M. Ciesla<br>
Case Manager for the<br>
Honorable R. Steven Whalen