UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK ALAN SOURANDER,

    Plaintiff,                      No. 18-11162

v.                                District Judge Gershwin A. Drain
                                    Magistrate Judge R. Steven Whalen

SHERIFF HOWARD HANFT,
ET AL.,

    Defendants.
_____/

**ORDER**

Plaintiff's motion to file one copy of his response to Defendants' summary judgment motion [Doc. #47],[1] which I construe as a motion to extend time for filing his response, is GRANTED. Plaintiff's response [Doc. #48] is accepted for filing.

IT IS SO ORDERED.

                                                    s/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2019

---

[1] The Defendants' motion [Doc. #31] is brought both as a summary judgment motion under Fed.R.Civ.P. 56 and a motion to dismiss under Fed.R.Civ.P. 12(b)(6).

## CERTIFICATE OF SERVICE

I hereby certify on April 9, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on April 9, 2019.

s/Carolyn M. Ciesla<br>
Case Manager for the<br>
Honorable R. Steven Whalen